UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-6359-SNOW

UNITED STATES OF AMERICA

vs.

RODERICK TOWNSEND,

Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the complaint against the above named defendant.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

cc:  U.S. Attorney ( Terrence Thompson, AUSA)
     U.S. Marshal
     Chief Probation Officer
     Pretrial Services
     Special Agent

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 12/4/06

LURANA S. SNOW
UNITED STATES DISTRICT COURT JUDGE